# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ST. PAUL SURPLUS LINES INSURANCE CO., and PETROQUEST ENERGY, LLC. | )<br>)<br>)<br>) |
| PLAINTIFFS | ) |
| | ) CASE NO. 10-CV-744-TCK-FHM |
| VS. | )<br>)<br>) |
| ACE AMERICAN INSURANCE CO., | )<br>) |
| DEFENDANT. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties in this case, Plaintiffs, St. Paul Surplus Lines Insurance Co., and Petroquest Energy, LLC and Defendant Ace American Insurance Co., and dismiss this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The Parties state that a settlement resolving all claims in the matter has been reached and each party shall bear its own attorney fees and costs.

    Respectfully Submitted,

s/ R. Gregory Kirby
R. Gregory Kirby, OBA #16588
**DAVID KLOSTERBOER& ASSOCIATES**
211 N. Robinson Ave., Suite 430
Two Leadership Square
Oklahoma City, OK 73102
**ATTORNEYS FOR PLAINTIFFS,
ST. PAUL SURPLUS LINES INSURANCE
COMPANY AND PETROQUEST
ENERGY, LLC**

and

2

<u>s/ Rachel C. Mathis</u>
Rachel C. Mathis, OBA #16360
Conor P. Cleary, OBA #30046
**HALL, ESTILL, HARDWICK,**
**GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0595
Facsimile: (918) 594-0505
rmathis@hallestill.com
**ATTORNEYS FOR DEFENDANT,**
**ACE AMERICAN INSURANCE COMPANY**